CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA E. WAKEFIELD (Bar No. 282094)
Deputy Federal Public Defender
(E-Mail: Georgina_Wakefield@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4795
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>FEREIDOUN KHALILIAN,<br><br>   Defendant. | Case No. CR 23-00331-DSF<br><br>**ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AS COUNSEL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is appointed to represent Fereidoun Khalilian.

DATED: July 25 , 2023

_____
HONORABLE DALE S. FISCHER
United States District Judge

Presented by:

 /s/ Georgina Wakefield
_____
GEORGINA E. WAKEFIELD
Deputy Federal Public Defender

1