UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 23-00331 DSF | Date | August 23, 2023 |
|---|---|---|---|

| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Interpreter | N/A |
|---|---|

| Patricia Kim | Pat Cuneo | Jeremiah M. Levine<br>Sara B. Vargas |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Fereidoun Khalilian | √ | √ | | Jonathan C. Aminoff, DFPD<br>Adam Olin, DFPD | √<br>√ | √<br>√ | |

**Proceedings:** APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION [42] (Held and Completed)

The matter is called and counsel state their appearances.

The Court and counsel discuss the status of the case.

The matter is before the court following the Defendant's Request for Review/Reconsideration of Order Setting Conditions of Release/Detention. The Court has reviewed and considered the reports submitted by Pretrial Services and the parties' submissions. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reason stated on the record, the Court finds there are no conditions of release that will reasonably assure the appearance of the defendant as required and will protect the safety of the community.

Defendant Fereidoun Khalilian is ORDERED detained pending trial in this matter. Defendant is remanded to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Court and defense counsel confer *in camera* regarding the Defendant's finances. This portion of the transcript is ordered sealed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

IT IS SO ORDERED.