E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEREMIAH LEVINE (Cal. Bar No. 288377)
SARA VARGAS (Cal. Bar No. 313370)
Assistant United States Attorneys
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2400
    Facsimile: (213) 894-3713
    E-mail:  Sara.Vargas@usdoj.gov
            Jeremiah.Levine@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FEREIDOUN KHALILIAN, <br>   aka "Prince Fred," <br>   "Fred," <br><br> Defendant. | No. 23-CR-331-DSF <br><br> GOVERNMENT'S SECOND SUPPLEMENT IN SUPPORT OF MOTION IN LIMINE TO ADMIT EVIDENCE OF VICTIM J.E.'S DOCUMENTARY ABOUT DEFENDANT, AND DEFENDANT'S KNOWLEDGE THEREOF <br><br> Trial date: October 17, 2023 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jeremiah Levine and Sara Vargas, hereby files this second supplement in support of its motion in limine for this Court's order admitting at trial in the government's case-in-chief against defendant Fereidoun Khalilian, also known as "Prince Fred" and "Fred" ("defendant"), testimonial and audio-visual evidence of victim J.E.'s documentation of

defendant's past acts, and defendant's knowledge of that documentation.

Dated: October 9, 2023                    Respectfully submitted,

                                              E. MARTIN ESTRADA
                                              United States Attorney

                                              MACK E. JENKINS
                                              Assistant United States Attorney
                                              Chief, Criminal Division

                                                 /s/ Jeremiah Levine
                                              JEREMIAH LEVINE
                                              SARA VARGAS
                                              Assistant United States Attorneys

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government filed a motion in limine seeking to admit testimonial and audio/visual evidence concerning the contents of and research for J.E.'s documentary about defendant. The government argues that that evidence is relevant and admissible because J.E.'s research for and creation of his documentary motivated defendant to seek J.E.'s murder.

At the hearing on that motion in limine, the Court asked whether the government seeks to admit a trailer comprised of excerpts from J.E.'s documentary about defendant. The government said yes. The Court asked whether J.E. sent defendant that trailer, and the government said that J.E. sent defendant audio of the trailer.

The government makes this filing to inform the Court that witness M.S. also sent defendant the video of the trailer.[1] Specifically, on March 10, 2023, witness M.S. sent defendant the trailer via WhatsApp. Witness M.S. is also expected to testify that he sent the trailer to defendant on at least another occasion. The government believes that this establishes foundation that defendant knew of the trailer. The trailer should therefore be admitted because it is evidence of defendant's motivation to seek J.E.'s murder.

---

[1] The government discovered this on or about October 6, 2023, and pointed out to the defense where this was evident in the already-produced discovery.

1