UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 23-00331 DSF | Date | October 16, 2023 |
|---|---|---|---|
| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** | | |
| Interpreter | N/A | | |

| Patricia Kim | Amy Diaz | Jeremiah M. Levine / Sarah M. Vargas |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Fereidoun Khalilian - VTC | √ | √ | | Jonathan C. Aminoff, DFPD | √ | | √ |
| | | | | Adam Olin, DFPD | √ | | √ |

**Proceedings:**   STATUS CONFERENCE (Held and Completed)

The matter is called and counsel state their appearances. The defendant is present via Zoom teleconference.

The Court and counsel confer. The Jury Trial remains set for October 24, 2023 at 8:30 a.m.

| Page 1 of 1 | **CRIMINAL MINUTES** | ____ : 40 Initials of Deputy Clerk: pk |
|---|---|---|