# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 23-00331 DSF | | Date | October 30, 2023 |
|---|---|---|---|---|

| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Interpreter | N/A |
|---|---|

| Patricia Kim | Pat Cuneo | Jeremiah M. Levine<br>Sarah M. Vargas |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Fereidoun Khalilian | NOT | √ | | Jonathan C. Aminoff, DFPD<br>Adam Olin, DFPD | √<br>√ | √<br>√ | |

**Proceedings:**     MOTION HEARING (Non-Evidentiary – Held and Completed)

The matter is called and counsel state their appearances.  Defendant's presence is waived.

For the reasons set forth on the record, the Court GRANTS defendant's Rule 29 Motion based on improper venue only and DENIES defendant's request for forthwith release.