JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 2:23-cr-00331-DSF |
| v. | |
| Fereidoun Khalilian | |
| DEFENDANT. | **JUDGMENT OF DISCHARGE** (Fed. R. Crim. P. 32(k)(1)) |

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

☐ the Court has granted the motion of the government for dismissal;
☐ the Court has granted the motion of the defendant for a judgment of acquittal;
☐ a jury has been waived, and the Court has found the defendant not guilty;
☐ the jury has returned its verdict, finding the defendant not guilty;
☐ an order of dismissal has been entered by the court;
☒ other (*specify below*):

> Defendant's motion under Fed. R. Crim. P. 29 was granted after the close of evidence due to insufficient evidence of proper venue in this District. No jury or court decision was reached on the substance of the underlying charges.

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

☐ IT IS ORDERED that the bond of the defendant is hereby exonerated.

October 30, 2023                                   *[signature: Dale S. Fischer]*
Date                                                     United States District Judge

**NOTICE TO U.S. MARSHAL** - This Judgment of Discharge is not a substitute for the Release Form.